```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>   vs.<br><br>Walter A. Varakin, et al,<br><br>        Defendants | Case No. **2:10-cv-02175-LKK-KJN**<br><br>**PLAINTIFF'S REQUEST AND ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: November 1, 2010<br>Time: 11:30 am<br>Courtroom: 4 |

   Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from November 1, 2010 to December 6, 2010. Plaintiff has granted Defendants an extension of time to respond to the complaint until November 8, 2010. A continuance to December 6, 2010 for the status conference will give the Defendants time to file a response to

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-10-cv-02175-LKK-KJN - 1

Plaintiff's complaint and for Plaintiff and Defendants to engage in settlement discussions

Dated:   October 18, 2010          /s/Scott N. Johnson _____

Scott N. Johnson,

Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to December 6, 2010 at 1:30 p.m. Status reports shall be filed fourteen (14) days prior to the status conference.

Date:   October 20, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-10-cv-02175-LKK-KJN - 2