7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

                    NO. CIV. S-10-2175 LKK/KJN

    Plaintiff,

  v.                        O R D E R

WALTER A. VARAKIN,

    Defendant.
_____/

On November 8, 2010, the defendant in this case filed an answer <u>in propia persona</u> (ECF No. 8). Accordingly, pursuant to Local Rule 302(c)(21), this matter is REFERRED to the assigned magistrate judge for all further pretrial proceedings. The status conference currently set for December 6, 2010 is VACATED.

    IT IS SO ORDERED.

    DATED: December 1, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1