```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
```

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>vs.<br><br><br>Walter A. Varakin, et al,<br><br>    Defendants | Case No.: CIV.S 10-cv-02175-LKK-KJN PS<br><br>**STIPULATED DISMISSAL and ORDER {FRCP 41 (a)(1)}**<br><br>Complaint Filed: AUGUST 13, 2010 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(1). The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

|   |   |
|---|---|
|   | DISABLED ACCESS PREVENTS INJURY, INC. |

Dated: January 21, 2011

/s/Scott N. Johnson_____
SCOTT N. JOHNSON
Attorney for Plaintiff

Dated: January 25, 2011

/s/Walter A. Varakin_____
WALTER A. VARAKIN,
Defendant in Pro Per

**IT IS SO ORDERED.**

Dated: February 1, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT